UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APB REALTY, INC.<br><br>*Plaintiff / Defendant-in-Counterclaim,*<br><br>v.<br><br>LEBANON AND BLUE MOUNTAIN RAILWAY, LLC<br><br>*Defendant / Plaintiff-in-Counterclaim,*<br><br>v.<br><br>KIRK BRYANT<br><br>*Defendant-in-Counterclaim* | Civil Action No. 1:21-cv-11347-MLW |

## JOINT STATUS REPORT

Pursuant to this Court's September 10, 2024 Order [ECF No. 79], the parties report that following conferral, they have not reached an agreement to resolve the remaining claims in this case and that additional time will not assist any effort to do so.

> In view of this Report it is hereby ORDERED that the parties shall confer and, by November 25, 2024, file a report, jointly if possible: identifying a briefly describing the remaining counterclaims; stating their respective positions on whether additional discovery should be allowed and, if so, describing it and the reasons for it; and, in any event, how long the estimate will be needed for trial of the remaining counterclaims. Wolf, D.J.
> 11/4/24

Respectfully submitted,

Lebanon and Blue Mountain Railway, LLC
By its attorneys,

/s/ Christopher P. Fitzgerald
Erin K. Higgins, BBO No. 559510
Christopher P. Fitzgerald, BBO No. 685408
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
One Federal Street, 15th Floor
Boston, MA 02110
ehiggins@connkavanaugh.com
cfitzgerald@connkavanaugh.com

APB Realty, Inc. and Kirk Bryant
By their attorney,

/s/ Howard B. D'Amico
Howard B. D'Amico, BBO No. 553420
Howard B. D'Amico, P.C.
33 Waldo Street
Worcester, MA 01608
hdamico@hbdpc.com

## CERTIFICATE OF SERVICE

I, Christopher P. Fitzgerald, attorney for the defendant, Lebanon and Blue Mountain Railway, LLC, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 11, 2024.

/s/ Christopher P. Fitzgerald
Christopher P. Fitzgerald

3681609.2 05851.000